# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: **Brett F. Bodie**
Street Address: 1230 Columbia St., Suite 1100
San Diego, CA 92101

Atty Name (if applicable): **Brett F. Bodie**
CA Bar No. (if applicable): 264452

Filer's Telephone No.: 619-894-8831
Atty Fax No. (if applicable): 866-444-7026

In re: **Chris Thomas Nielsen**

Case No. **9:14-bk-10765**
Chapter **7**

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ☒    No ☐

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ☐   B ☐   C ☐   D ☐   E ☐   F ☒   G ☐   H ☐   I ☐   J ☐

Statement of Social Security Number(s) ☐        Statement of Financial Affairs ☐

Statement of Intention ☐                                             Other ☐

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, **Chris Thomas Nielsen**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: April 29, 2014

*/s/ Chris Thomas Nielsen*
Chris Thomas Nielsen
Debtor Signature

Co-Debtor Signature

**FOR COURT USE ONLY**

**SEE REVERSE SIDE**

B-1008 Revised November 2011

## **PROOF OF SERVICE**

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

```
Cash America Advance, Inc.
804 N. Ventura Rd.
Oxnard, CA 93030

Cash America Advance, Inc.
c/o Capital Corporate Services
455 Capitol Mall Ste 217
Sacramento, CA 95814

Cash America Advance, Inc.
1600 W 7th St.
Fort Worth, TX 76102
```

DATED:  May 1, 2014                                        Brett F. Bodie
                                                           Print or Type Name

                                                           /s/ Brett F. Bodie
                                                           *Signature*


(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2011*

B6F (Official Form 6F) (12/07) - Cont.

In re **Chris Thomas Nielsen**             Case No **9:14-bk-10765**

Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **x4609** <br><br> **Capital One Bank USA NA** <br> **PO Box 30281** <br> **Salt Lake City, UT 84130** | | NA | 10/2013 - 12/2013 <br><br> **Misc Credit Purchases and Cash Advances** | | | | 368.00 |
| ACCOUNT NO. **x7083** <br><br> **[ADDED]** <br><br> **Cash America Advance, Inc** <br> **804 N. Ventura Rd** <br> **Oxnard, CA 93030** | | NA | 12/2013 <br><br> **Payday Loan** | | | | 2,600.00 |
| ACCOUNT NO. **D76051N1** <br><br> **Century Credit & Collections, LLC** <br> **c/o Robert Aston (Agent)** <br> **6477 Telephone Rd Ste 5** <br> **Ventura, CA 93003** | | NA | 11/2008 <br><br> **Collection - successor to CMH Centers for Family Health** | | | | 112.00 |
| ACCOUNT NO. **Case #07WL04131** <br><br> **Worldwide Asset Purchasing, LLC** <br> **c/o CSC Lawyers Incorporating Servi** <br> **2710 Gateway Oaks Drive Ste 150N** <br> **Sacramento, CA 95833** | | NA | 2003 <br><br> **Debt collector - alleged successor to CARE Credit loan** | | | | 7,254.19 |
| | | | Total <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | **[CORRECTED] 16,730.19** |

Sheet 2 of 2 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

```
Cash America Advance, Inc.
804 N. Ventura Rd.
Oxnard, CA 93030

Cash America Advance, Inc.
c/o Capital Corporate Services
455 Capitol Mall Ste 217
Sacramento, CA 95814

Cash America Advance, Inc.
1600 W 7th St.
Fort Worth, TX 76102
```